**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MICHAEL-CARLTON LOWE,

      Plaintiff,

v.

PAUL SCHNELL, in his individual capacity; and KARLY JORGENSEN, in her individual capacity,

      Defendants.

Case No. 26-CV-936 (NEB/LIB)

ORDER ACCEPTING REPORT AND RECOMMENDATION

---

Plaintiff Michael-Carlton Lowe applied to proceed without prepaying fees or costs. (ECF No. 2.) But because Lowe is a prisoner, his application is governed by 28 U.S.C. Section 1915(b), which requires Lowe to pay an initial partial filing fee. The calculation for that fee is established by statute. 28 U.S.C. § 1915(b)(1).

Five months ago, United States Magistrate Judge Leo I. Brisbois ordered Lowe to pay an initial partial filing fee of $66.47. (ECF No. 4 at 1 & n.1.) Lowe failed to do so, so Judge Brisbois recommends dismissing the action. (ECF Nos. 4–5.) Lowe objects to the R&R and has since paid $5 of his initial partial filing fee.

Lowe does not take issue with Judge Brisbois's calculation of Lowe's initial partial filing fee, nor does he assert that he cannot pay the fee. As Judge Brisbois explains, Lowe's trust account statement shows that his average monthly deposits are $332.35, and his average monthly balance is $68.49. (ECF No. 4 at 1 n.1.) This suggests an ability to pay the initial partial filing fee. Yet, five months after Judge Brisbois ordered Lowe to pay the fee, he has not. The Court adopts the R&R and dismisses the action without prejudice for failure to pay the fee in compliance with a court order.

## CONCLUSION

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.     The Report and Recommendation (ECF No. 5) is ACCEPTED;

2.     The Application to Proceed in District Court Without Prepaying Fees or Costs is DENIED as moot;

3.     Lowe's Motion for an Initial Partial Filing Fee (ECF No. 6) is DENIED;

4.     Lowe's Objection to the Report and Recommendation (ECF No. 9) is overruled; and

5.     This action is DISMISSED without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 20, 2026                                    BY THE COURT:

                                                       s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       United States District Judge

2